**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TREVON POOLE, | ) | CASE NO. ED CV 11-00100 DMG (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| RICK HILL, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of TREVON POOLE for a writ of *habeas corpus*. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  October 8, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE